UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LESLEY DEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:20-CV-289-KAC-JEM ) |
| SUBARU OF AMERICA, INC., | ) ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to the "Memorandum Opinion and Order Denying Plaintiff's Motion to Amend Complaint and Granting Defendant's Motion for Summary Judgment," the Court **DISMISSED** Plaintiff's claim against Defendant with prejudice. Accordingly, the Court directs the Clerk to close the case.

IT IS SO ORDERED.

                                              s/ Katherine A. Crytzer
                                              KATHERINE A. CRYTZER
                                              United States District Judge

ENTERED AS A JUDGMENT:
   *s/ LeAnna R. Wilson*
   CLERK OF COURT